THE CAVANAGH LAW FIRM
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

William M. Demlong (SBN 012458)
wdemlong@cavanaghlaw.com
Tel: (602) 322-4000
Fax: (602) 322-4100

Attorneys for Sun Life Assurance
   Company of Canada

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Diana C. Anderson,<br><br>                              Plaintiff,<br><br>v.<br><br>Sun Life Assurance Co. of Canada; and Community Health Systems,<br><br>                              Defendants. | No. CV 12-00145 TUC CKJ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based upon the parties coming to a resolution of the matter, the parties, by and through their respect counsel, hereby stipulate to dismiss this matter with prejudice, each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED this 11th day of August, 2016.

**THE CAVANAGH LAW FIRM, P.A.**

By:     s/William M. Demlong
        William M. Demlong
        The Cavanagh Law Firm
        1850 N. Central Avenue, Suite 2400
        Phoenix, Arizona 85004
        Attorneys for Sun Life Assurance
           Company of Canada

**WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.**


By:   s/Barry Kirschner w/permission
Barry Kirschner
5210 East Williams Circle, #800
Tucson, AZ 85711
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on 11th day of August, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Barry Kirschner, Esq.
Waterfall, Economidis, Caldwell,
Hanshaw & Villamana, P.C.
5210 East Williams Circle, #800
Tucson, AZ 85711
Attorneys for Plaintiff


   s/L. Gilroy